**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lee W. Collins,               ) | No. CV 05-1656-PHX-SMM(CRP) |
|                Plaintiff,     ) | **ORDER** |
| vs.                           ) | |
| Joseph M Arpaio, et al.,      ) | |
|                Defendants.    ) | |

On May 22, 2006, Defendants filed a Motion to Dismiss Case. (Docket 8). On May 25, 2006, the Court issued an order warning Plaintiff that a Motion to Dismiss had been filed in his case and giving him until June 22, 2006, by which to file a response. (Docket 9). On June 30, 2006, Plaintiff filed a Notice of Change of Address. (Docket 12). The Court issued a second warning to Plaintiff notifying him that a Motion to Dismiss had been filed and extending the time for him to respond. (Docket 13). Plaintiff filed a Response to Defendants' Motion (Docket 17) on July 27, 2006. Defendants filed their Reply (Docket 19) on August 7, 2006. This matter is now ready for the Court's consideration.

Accordingly,

/ / /

/ / /

/ / /

1  **IT IS HEREBY ORDERED** withdrawing the reference of this case to the Magistrate
2  Judge as to Defendants' Motion to Dismiss (Docket 8) only. All other matters shall remain
3  with Magistrate Judge Charles R. Pyle for disposition as appropriate.

4  DATED this 16th day of August, 2006.

_____
Stephen M. McNamee
United States District Judge